**Deny and Opinion Filed June 13, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00566-CV**

**IN RE WAYNE TEAGUE, Relator**

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04019-D**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's June 9, 2022 petition for writ of mandamus. In the petition, relator challenges the trial court's issuance of a writ of possession in the underlying eviction proceeding.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing the Court with a certified or sworn copy of every document that is material to establishing his right to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7(a); *In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record

containing certified or sworn copies). Because the documents included in the record are not certified by a trial court clerk or adequately sworn copies, we conclude relator has not met this burden.

Further, the petition does not include an adequate Rule 52.3(j) certification. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d at 758 (applying Rule 52.3(j) strictly).

Accordingly, we deny the petition for writ of mandamus.


220566f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE